**People of the State of Illinois, Plaintiff-Appellee, v. Pedro R. Garcia, Defendant-Appellant.**

**Gen. No. 49,976.** 

First District, Second Division.

February 8, 1966.

Rehearing denied March 21, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Marshall J. Hartman and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Edward J. Gildea, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.